**Fill in this information to identify the case:**

Debtor name     Dale M. Williams, Inc.

United States Bankruptcy Court for the:    Middle District of Florida

                                                    (State)

Case number (If known):    17-05561

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ............................................................................................

$ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ...........................................................................................

$ _____ 19,570.30

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* .............................................................................................

$ _____ 19,570.30

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

$ _____ 36,751.05

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..............................................................

$ _____ 16,704.87

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................

+$ _____ 376,740.32

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b

$ _____ 430,196.24

**Fill in this information to identify the case:**

Debtor name  Dale M. Williams, Inc.

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 17-05561

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                   $ 800.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Suntrust Bank | Checking | 3  2  4  0 | $ 428.22 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 662.80 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                 $ 1,891.02

**Part 2:    Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. Omni Leasing of Central Florida, Ltd. | $ 633.38 |
|---|---|
| 7.2. Orlando Utilities Commission | $ 300.00 |

Debtor   Dale M. Williams, Inc.
         _____
         Name

Case number (if known) 17-05561

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                      $ 933.38 _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                          Current value of debtor's
                                                                          interest

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ......→      $_____
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ......→      $_____
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                    Valuation method            Current value of debtor's
                                                    used for current value      interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____   _____%   _____   $_____

    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                           $_____

---

| Debtor | Dale M. Williams, Inc. | Case number (if known) | 17-05561 |
|---|---|---|---|
| | Name | | |

---

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Game prizes | ___ / ___ / ___ MM / DD / YYYY | 0.00 $_____ | _____ | Unknown $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  0.00          Valuation method_____          Current value Unknown

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Dale M. Williams, Inc.
_____    Case number (if known) 17-05561
          Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> To be provided | $_____ | _____ | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

Debtor    Dale M. Williams, Inc.
          _____          Case number (if known)__17-05561_____
          Name

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2013 Ford Fusion Hybrid SE    VIN# 3FA6POLU4DR368262 | $ 7,675.00 | NADA | $ 7,675.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Amusement Equipment - SEE SCHEDULE G | $ | | $ Unknown |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 7,675.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Dale M. Williams, Inc. | Case number (if known) | 17-05561 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Dale M. Williams, Inc.
          _____    Case number (if known) 17-05561
          Name

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ ⇒ → $_____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

Jackson National          Insured: Dale M. Williams          $ 2,824.90

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim          _____

Amount requested          $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim          _____

Amount requested          $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Cash deposits in transit          $ 6,246.00

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 9,070.90

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    Dale M. Williams, Inc.                                    Case number (if known)    17-05561
          Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,891.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 933.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 7,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................. → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 9,070.90 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 19,570.30 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................    19,570.30                $ 19,570.30

Debtor 1    Dale M. Williams, Inc.

First Name    Middle Name    Last Name

Case number (if known) 17-05561

## Continuation Sheet for Official Form 206 A/B

3) Checking, savings, money market, or financial brokerage accounts

Smart Bank           Checking          8745

Balance: 327.44

Wells Fargo          Checking          6430

Balance: 335.36

**Fill in this information to identify the case:**

Debtor name __Dale M. Williams, Inc.__

United States Bankruptcy Court for the: __Middle District of Florida__ District of _____
(State)

Case number (if known): __17-05561__

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Ford Credit<br><br>Creditor's mailing address<br>P.O. Box 542000<br>Omaha, NE 68154<br><br>Creditor's email address, if known<br><br>Date debt was incurred _____<br>Last 4 digits of account number __8845__<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | Describe debtor's property that is subject to a lien<br>2013 Ford Fusion Hybrid SE   VIN# 3FA6POLU4DR368262<br><br><br>Describe the lien<br>Agreement you made<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 10,651.05 | $ 7,675.00 |
| **2.2** Creditor's name<br>TVT Capital Fund, LLC<br><br>Creditor's mailing address<br>8 Hunters Lane<br>Roslyn, NY 11576<br><br>Creditor's email address, if known<br><br>Date debt was incurred __7/27/2017__<br>Last 4 digits of account number _____<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | Describe debtor's property that is subject to a lien<br>Cash and bank accounts<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,100.00 | $0.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 36,751.05

Debtor    Dale M. Williams, Inc.                                        Case number (if known) 17-05561
          Name

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Dale M. Williams, Inc. |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (If known) | 17-05561 |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
City of Pigeon Forge
P.O. Box 1350
Piegon Forge, TN, 37868

As of the petition filing date, the claim is: $ 409.52            $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2017

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL, 32399

As of the petition filing date, the claim is: $ 3,622.61          $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2017

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN, 37242

As of the petition filing date, the claim is: $ 3,992.77          $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2017

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

| Debtor | Dale M. Williams, Inc. | Case number (*if known*) | 17-05561 |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** Priority creditor's name and mailing address
Robert A. Elliott
133 Briarcliff Dr.
Kissimmee, FL, 34758

$1,267.97    $1,267.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
Deborah Ogle
9143 Waterside Island Lane
Winter Garden, FL, 34787

$429.01    $429.01

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
Robert E. Ogle
9143 Waterside Island Lane
Winter Garden, FL, 34789

$502.37    $502.37

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
Bela Patel
714 Hampton Ct.
Kissimmee, FL, 34744

$659.13    $659.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 12

Debtor    Dale M. Williams, Inc.
_____
Name

Case number *(if known)* 17-05561
_____

---

**Part 1.    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.5    Priority creditor's name and mailing address**

Dale M. WIlliams
P.O.  Box 768
Windermere, FL, 34786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $638.80
Priority amount: $638.80

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5    Priority creditor's name and mailing address**

Shannon Benson
1046 Chestnut Grove Road
Dandridge, TN, 37725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $423.75
Priority amount: $423.75

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1    Priority creditor's name and mailing address**

David Eggers
779 Southview Circle
Kodak, TN, 37764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $333.85
Priority amount: $333.85

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1    Priority creditor's name and mailing address**

Daniel Gregg
446 Kodak Road
Kodak, TN, 37764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $752.65
Priority amount: $752.65

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor  Dale M. Williams, Inc.
        _____          Case number (if known) 17-05561
        Name

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._1_**  **Priority creditor's name and mailing address**
Karen S. Gregg                                          $1,060.56          $1,060.56
4331 Snyder Road
Kodak, TN, 37764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2._1_**  **Priority creditor's name and mailing address**
Issac Rockefeller                                       $221.64            $221.64
1809 McCown Ave.
Jefferson City, TN, 37760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2._1_**  **Priority creditor's name and mailing address**
Kenneth Whetzel                                         $166.23            $166.23
150 N. Hwy. 92
Jefferson City, TN, 37760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____          Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2._1_**  **Priority creditor's name and mailing address**
Tim Ison                                                $372.90            $372.90
1010 Columbine Lea
Sevierville, TN, 37862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Dale M. Williams, Inc. | Case number (if known) 17-05561 |
|---|---|---|
| | Name | |

**Part 1.    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2._1_ **Priority creditor's name and mailing address**
Victor Pecoraino
8341 Tartan Lane
Myrtle Beach, SC, 29588

$ 800.00     $ 800.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )**
☑ No
☐ Yes

---

2._1_ **Priority creditor's name and mailing address**
Justin L. Farquer
1010 Columbine Lea
Sevierville, TN, 37862

$ 372.01     $ 372.01

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )**
☑ No
☐ Yes

---

2._1_ **Priority creditor's name and mailing address**
Richard Keep
1936 W. Dumpling Valley Rd.
New Market, TN, 37820

$ 646.78     $ 646.78

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )**
☑ No
☐ Yes

---

2._1_ **Priority creditor's name and mailing address**
Patti Keep
1936 W. Dumpling
New Market, TN, 37820

$ 32.32     $ 32.32

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )**
☑ No
☐ Yes

---

Debtor  Dale M. Williams, Inc.                                    Case number (if known) 17-05561
_____Name_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
On Deck Capital, Inc.
155 E. 56th Street
New York, NY, 10022

As of the petition filing date, the claim is:  $ 41,128.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Loan

Date or dates debt was incurred  _____
Last 4 digits of account number  6430

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Wide Merchant Investment, Inc.
3580 Wilshire Blvd.
Suite 160
Los Angeles, CA, 90010

As of the petition filing date, the claim is:  $ 13,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Loan

Date or dates debt was incurred  01/24/2017
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Columbia Financial
7 Mill Pond Circle
Milford, MA, 07157

As of the petition filing date, the claim is:  $ 8,344.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment

Date or dates debt was incurred  _____
Last 4 digits of account number  2129

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
TVT Capital Fund, LLC
8 Hunters Lane
Roslyn, NY, 11576

As of the petition filing date, the claim is:  $ 33,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Merchant Agreement

Date or dates debt was incurred  05/08/2017
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Amusement Electronics
1278 Rosewind Clr.
Castle Rock, CO, 80104

As of the petition filing date, the claim is:  $ 9,511.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment and parts

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Benchmark Games, Inc.
51 Hypoluxo Road
Lake Worth, FL, 33462

As of the petition filing date, the claim is:  $ 15,485.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment and supplies

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Dale M. Williams, Inc. | Case number (if known) | 17-05561 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7** Nonpriority creditor's name and mailing address
Brady Starburst, LLC
1920 Center Park Dr.
Charlotte, NC, 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,556.55

Basis for the claim: Equipment and supplies

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
CTM Group, Inc.
9 Northeastern Blvd.
Salem, NH, 03079

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 657.59

Basis for the claim: Revenue share commission

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
H.M.S. Monaco
629 Grove St. 5th Floor
Jersey City, NJ, 07310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,482.91

Basis for the claim: Merchandise supplier for games

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Happ Conrols
7331 Solutions Center
Chicago, IL, 60677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,996.18

Basis for the claim: Parts supplier

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Joissu
4627 L.B. MeLeod Rd.
Orlando, FL, 32811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,523.00

Basis for the claim: Merchandise supplier

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Dale M. Williams, Inc.
_____
Name

Case number (if known) 17-05561
_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

R.A. Simasek, P.A.
601 N. Ferncreek Ave.
Suite 110
Orlando, FL, 32803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

Basis for the claim: CPA

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Rhode Island Novelty
P.O. Box 9278
Fall River, MA, 02720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,135.48

Basis for the claim: Supplier

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Sandy Creek Mining,Co.
P.O. Box 88
Fostoria, OH, 44830

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,793.00

Basis for the claim: Merchandise supplier for Dollywood

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Silver Streak Industry
1604 S. Edward Dr.
Tempe, AZ, 85281

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,575.82

Basis for the claim: Merchandise supplier for Dollywood

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Village Originals, Inc.
2003 Viscount Row
Orlando, FL, 32809

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,844.41

Basis for the claim: Merchandise supplier for Dollywood

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Dale M. Williams, Inc. | Case number (if known) | 17-05561 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

William L. Judd Pot
2904 US Hwy 211 West
Luray, VA, 22835

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,064.20

Basis for the claim:  Merchandise supplier for Dollywood

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Wonder Works
1313 Celebrity Circle
Myrtle Beach, SC, 29577

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,480.00

Basis for the claim:  Share of seasonal labor costs

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Wells Fargo Business
P.O. Box 29482
Phoenix, AZ, 85038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,900.00

Basis for the claim:  Business Line

Date or dates debt was incurred _____

Last 4 digits of account number  7930

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

American Express
World Financial Center
200 Vesey Street
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Columbia Financial
7 Mill Pond Circle
Milford, MA, 07157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,338.00

Basis for the claim:  Embed Wireless Swiper

Date or dates debt was incurred _____

Last 4 digits of account number  2201

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Dale M. Williams, Inc.
_____
           Name

Case number *(if known)*   17-05561

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.22** | Nonpriority creditor's name and mailing address

Columbia Financial
7 Mill Pond Circle
Milford, MA, 07157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,985.98

Basis for the claim: Working Capital

Date or dates debt was incurred

Last 4 digits of account number   2202

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

TVT Capital Fund, LLC
8 Hunters Lane
Roslyn, NY, 11576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,162.98

Basis for the claim: Secured Merchant Agreement

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

Alex W. and Lynn C. Hughson Trust
2645 Sevada Lane
Arroyo Grande, CA, 93420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41,556.26

Basis for the claim: Promissory Note

Date or dates debt was incurred   2011

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

Dollywood Company
2700 Dollywood Parks Blvd.
Pigeon Forge, TN, 37868

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34,938.16

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ \

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Dale M. Williams, Inc.
          _____
          Name

Case number (if known) 17-05561
                       _____

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

Sheraton Vistana Resort
9002 San Marco Ct.
Orlando, FL, 32819

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,224.45

Basis for the claim: Commion owed

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.28** Nonpriority creditor's name and mailing address

Betson
303 Peterson Plank Road
Carlstadt, NJ, 07072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,555.86

Basis for the claim: Parts

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.29** Nonpriority creditor's name and mailing address

William C. Voight, II, Esq.
7680 Universal Blvd.
Suite 100
Orlando, FL, 32819

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: Promissory Note

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.30** Nonpriority creditor's name and mailing address

Joy Voight
c/o William C. Voight, II, Esq.
7680 Universail Blvd, Suite 100
Orlando, FL, 32819

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: Promissory Note

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor  Dale M. Williams, Inc.
        _____
        Name

Case number *(if known)*  17-05561
_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 16,704.87 |
| 5b. Total claims from Part 2 | 5b. + | $ 376,740.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 393,445.19 |

**Fill in this information to identify the case:**

Debtor name    Dale M. Williams, Inc.

United States Bankruptcy Court for the: Middle District of Florida District of _____
(State)

Case number (If known): 17-05561                    Chapter 11

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Walking Dead Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | 22397 | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Space Invaders Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| | State the term remaining | 31  months | |
| | List the contract number of any government contract | 21947 | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment DC Superheroes Coin-Pusher Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | 22170 | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Space Invader Frenzy Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | 22143 | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Walking Dead Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| | State the term remaining | 32 months | |
| | List the contract number of any government contract | 22142 | |

Debtor   Dale M. Williams, Inc.
         _____        Case number (if known) 17-05561
         Name                                                           _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Walking Dead Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 32 months | |
| List the contract number of any government contract | 22035 | |
| 2.7 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Walking Dead Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 31 months | |
| List the contract number of any government contract | 22034 | |
| 2.8 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Raw Thrills Space Invaders Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 31 months | |
| List the contract number of any government contract | 21975 | |
| 2.9 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment (4) Raw Thrills Cruis'n Blast Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 25 months | |
| List the contract number of any government contract | 21941 | |
| 2.10 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment (2) Raw Thrills Cruis'n Blast Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 25 months | |
| List the contract number of any government contract | 21907 | |
| 2.11 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment (2) Raw Thrills Cruisin Blast Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 24 months | |
| List the contract number of any government contract | 21906 | |
| 2.12 State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Elaut Plucky Ducky, Smart Ticket Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| State the term remaining | 20 months | |
| List the contract number of any government contract | 21812 | |

Debtor    Dale M. Williams, Inc.                                    Case number *(if known)* 17-05561
          _____
          Name

▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment (2) Jurassic Park Environmental Lessee<br><br>**State the term remaining** 14 months<br><br>**List the contract number of any government contract** 20820 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment Jurassic Park Environmental Lessee<br><br>**State the term remaining** 12 months<br><br>**List the contract number of any government contract** 20819 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment Jurassic Park Environmental Lessee<br><br>**State the term remaining** 6 months<br><br>**List the contract number of any government contract** 20263 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment Ice Gold Fishin, Kung Fu Panda Lessee<br><br>**State the term remaining** 25 months<br><br>**List the contract number of any government contract** 20029 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| 2.17 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment Candy Crush, Jurassic Park Lessee<br><br>**State the term remaining** 3 months<br><br>**List the contract number of any government contract** 20030 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| 2.18 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment Crossy Road Lessee<br><br>**State the term remaining** 16 months<br><br>**List the contract number of any government contract** 21245 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| 2.19 **State what the contract or lease is for and the nature of the debtor's interest** Amusement Equipment (2) Baytek Quick Drop Lessee<br><br>**State the term remaining** 9 months<br><br>**List the contract number of any government contract** 21392 | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |

Debtor   Dale M. Williams, Inc.
         _____
         Name

Case number (if known) 17-05561
                       _____

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Smart Ticket Time 61" Double Lessee | Betson Enterprises 9550 Satellite Blvd Orlando, FL, 32837 |
| | State the term remaining | 18 months | |
| | List the contract number of any government contract | 21393 | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment Spongebob Pineapple Arcade Lessee | Betson Enterprises 9550 Satellite Blvd. Suite 100 Orlando, FL, 32827 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | 21246 | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessee | Dollywood Company 2700 Dollywood Parks Blvd. Pigeon Forge, TN, 37868 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Amusement Equipment DC Superheros Coin Pusher Lessee | Betson Enterprises 9550 Satellite Blvd. Suite 100 Orlando, FL, 32837 |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | 22170 | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Office lease Lessee | Omni Leasing of Central Florida, Ltd. P.O. Box 593108 Orlando, FL, 32859 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _Dale M. Williams, Inc._

United States Bankruptcy Court for the: _Middle District of Florida_

Case number (*If known*): _17-05561_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _09/05/2017_          ✗ _[signature]_
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

          _Dale M. Williams_
          Printed name

          _President_
          Position or relationship to debtor