ORDERED.

Dated:  December 06, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

DALE M. WILLIAMS, INC.
DBA WILLIAMS AMUSEMENTS,

     Debtor.
_____/

Case No. 6:17-bk-05561-KSJ
Chapter 11

**AGREED ORDER GRANTING MOTION BY
FORD MOTOR CREDIT COMPANY LLC FOR ADEQUATE PROTECTION**

**By submission of this order for entry, the submitting counsel represents
that the opposing counsel and opposing party consents to its entry**.

**THIS CASE** came before the Court upon the Motion for Adequate Protection filed by Ford Motor Credit Company LLC ("Movant") (Doc. No. 59)  The Movant, by counsel, and the Debtor, through Debtor's attorney, have agreed to the entry of this Order.  It is therefore

**ORDERED**:

1.    The Motion for Adequate Protection is granted as to the property described as follows: 2013 Ford Fusion, VIN 3FA6P0LU4DR368262.

2.    Until further order of this Court, the Debtor shall make adequate protection payments to Ford Motor Credit Company LLc as follows:  the Debtor shall make the regular monthly payments in the amount of $501.91 beginning **November 28, 2017.**  Such payments shall continue until the account is

paid in full, or until confirmation of a plan. The Debtor is directed to cure the pre-petition and post-petition arrearage on the account by making an additional one-half payment of $250.96, for a total monthly payment of $752.87, beginning on **January 28, 2017** and on the same day of each month thereafter until the arrearage is fully paid. The Debtor is allowed a ten-day grace period on payments.

3. All payments due hereunder shall be made payable and mail to:

   Ford Motor Credit Company LLC
   Drawer 55-954
   Post Office Box 55000
   Detroit, MI 48255-0953

4. The Debtor shall maintain a policy of insurance in which Movant is named as loss payee or as an additional insured party ("lienholder" is insufficient), which policy shall insure Movant's interest in the property against damage and liability in accordance with the terms of and in the limits required by the Contract. The Debtor shall furnish to Movant within 15 days of the date of this Order a copy of such policy and a certificate of insurance.

5. The Debtor shall maintain the property in good working condition, reasonable wear and tear excepted, and will allow the Movant to inspect the property upon 24 hours notice.

6. In the event the Debtor fails to make any payment as required by this Order, the Movant shall give notice of the default, and if the default is not cured within 72 hours after notice, Movant will be entitled to an order granting relief from the automatic stay upon the filing of an affidavit of non-payment, without further notice or hearing.

7. The continued hearing on the Motion (Doc. No. 59) scheduled February 28, 2018, at 2:00 p.m. is cancelled.

Attorney Roger A. Kelly is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.