UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DALE M. WILLIAMS, INC.,                             Case No.: 6:17-bk-05561-KSJ
                                                                    Chapter 11

                  Debtor.
_____/

**SUPPLEMENTAL APPLICATION OF PETER N. HILL AND HERRON HILL
LAW GROUP, PLLC FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR
FOR THE PERIOD FROM FEBRUARY 1 THROUGH FEBRUARY 28, 2018**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or
other matter without further notice or hearing unless a party in interest files a response
within 21 days from the date set forth on the proof of service attached to this paper plus
an additional three days for service. If you object to the relief requested in this paper,
you must file your response with the Clerk of the Court at George C. Young Federal
Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a
copy on the movant's attorney, Peter N. Hill, Esquire, 135 W. Central Blvd., Suite 650,
Orlando, Florida 32801 within the time allowed.**

**If you file and serve a response within the time permitted, the Court may schedule
and notify you of a hearing, or the Court may consider the response and may grant or
deny the relief requested without a hearing. If you do not file a response within the time
permitted, the Court will consider that you do not oppose the relief requested in the
paper, will proceed to consider the paper without further notice or hearing, and may
grant the relief requested.**

---

Herron Hill Law Group, PLLC ("Herron Hill" or "Applicant"), pursuant to Section 330 of

the Bankruptcy Code, files this supplemental application for an award of compensation for actual,

necessary services rendered, and reimbursement for actual, necessary expenses incurred as counsel

for Dale M. Williams, Inc. (the "Debtor") and states:

| Name of Applicant: | Herron Hill Law Group, PLLC | | |
|---|---|---|---|
| Services Provided to: | Debtor / Dale M. Williams, Inc. | | |
| Date of Retention: | August 21, 2017 (Order authorizing entered September 18, 2017, Doc. No. 43) | | |
| Period for this Application: | February 1, 2018 through February 28, 2018 | | |
| Amount of Compensation Sought: | $12,842.50 | | |
| Amount of Expense Reimbursement: | $395.67 | | |
| Gross Amount Requested: | $13,238.17 | | |
| Retainer – Original Amount: | $0.00 | | |
| **New Net Amount Requested** | **$12,2328.17** | | |

This is an: ☐ interim  ■ final application.

Prior applications: Doc. No.  89

**Time Period for Application**

1.      This is the final application for fees and costs and covers the time from February 1, 2018 through February 28, 2018.

**Terms and Conditions of Employment**

1.      Petition Filed. The Debtor filed its voluntary petition commencing this case on August 21, 2017.

2.      Application to Employ Herron Hill.  On August 21, 2017, the Debtor filed an application to retain Herron Hill as its attorneys (Doc. No. 3).

3.      Order Authorizing Employment.  On September 18, 2017, this Court entered an order which authorized Herron Hill's employment as attorneys for the debtor in possession (Doc. No. 43).

4.      Sharing of Compensation. Except as provided in Bankruptcy Code §504(b), Herron Hill has not shared or agreed to share any compensation or reimbursement with another person or received by another person under Bankruptcy Code section 503(b)(2).

5.      Payments Made or Promised. Subject to approval of the Bankruptcy Court, the Debtor paid or agreed to pay Herron Hill for services rendered or to be rendered by Herron Hill in connection with this case as follows:

   a.      Reasonable compensation for actual necessary services rendered considering the nature, extent and value of such services, taking into account all relevant factors; and

   b.      Reimbursement for actual, necessary expenses:

6.     <u>Retainer and Status of Retainer</u>. On the Petition Date, Herron Hill was holding a retainer of $12,515.00 in its trust account (the "Retainer").

7.     <u>Caps and Limitations</u>.    There were no caps or limitations imposed upon the fees and expenses incurred in the representation.

8.     <u>Prior Application</u>.  In a prior application (Doc. No. 89), Herron Hill sought fees of $43,030 and reimbursement of expenses of $1,307.05 for a total of $44,337.05. The application was granted in open court on February 28, 2018. An order is expected shortly.

<strong><u>Narrative Description of Case and Procedural Posture</u></strong>

<strong><u>Summary of Time Spent</u></strong>

9.     The following is a summary of all time spent   A detailed listing of all time entries is attached as **Exhibit A**:

a.     Summary of Time Spent:

| Names of Attorneys / Paraprofessionals | Years Admitted To Practice | Hourly Rate | Hours Billed Current Application | Total For Application |
|---|---|---|---|---|
| **Attorneys:** | | | | |
| Peter N. Hill (PNH) | 35 | $475.00 | 25.1 | 11,922.50 |
| Kenneth D. Herron, Jr. | 31 | $475.00 | .2 | 95.00 |
| **Paraprofessionals:** | | | | |
| Kimberly A. Maples (KAM) | | $125.00 | 6.6 | 825.00 |
| **TOTALS:** | | | **31.9** | **12,842.50** |

<strong><u>Description of Services Provided By Project Categories</u></strong>

A.     <u>Fee / Employment Applications</u>

This category involved the drafting of the detailed fee application described above.

The time and fees for this category are as follows:

| Timekeeper | Hours | Fees |
|---|---|---|
| PNH | 4.8 | $2,280.00 |
| KAM | 2.0 | 250.00 |
| **Total** | **6.8** | **$2,530.00** |

B.    Avoidance Action Analysis and Litigation

This involved prosecuting and, ultimately, entering into settlement agreements with all four defendants in the only avoidance action filed by the Debtor in this case.

The time and fees for this category are as follows:

| Timekeeper | Hours | Fees |
|---|---|---|
| PNH | 7.0 | $3,325.00 |
| **Total** | **7.0** | **$3,325.00** |

C.    Other Contested Matters

This category involved exclusively the preparation, filing, and service of motions for approval of the settlements referred to above under Rule 9019, Federal Rules of Bankruptcy Procedure.

The time and fees for this category are as follows:

| Timekeeper | Hours | Fees |
|---|---|---|
| PNH | 1.4 | $665.00 |
| KAM | 3.0 | 375.00 |
| **Total** | **4.4** | **$1,040.00** |

D.    Plan and Disclosure Statement

This category involved negotiating (with creditor, Betson, through its attorney, Jim Silver) the drafting of an amendment to the plan installing Betson as the Class 1 creditor with the only secured claim in the case other than the claim held by Ford Motor Credit Company. It further involved drafting and filing the confirmation affidavit and the ballot tabulation, preparing for the confirmation hearing, and attending the hearing.

The time and fees for this category are as follows:

| Timekeeper | Hours | Fees |
|---|---|---|
| PNH | 11.9 | $5,652.50 |
| KDH | .2 | 95.00 |
| KAM | 1.4 | 175.00 |
| **Total** | **13.5** | **$5,922.50** |

E.    Monthly Operating Reports

This involved largely paralegal time assisting the Debtor with preparation and filing of its required monthly operating report.

The time and fees for this category are as follows:

| Timekeeper | Hours | Fees |
|---|---|---|
| KAM | .2 | $25.00 |
| **Total** | **.2** | **$25.00** |

**Reimbursement for Actual, Necessary Expenses**

10.    Herron Hill seeks reimbursement of costs at the same rates that Herron Hill charges its other clients.  Attached as **Exhibit B** is the complete listing of expenses incurred by Herron Hill, which is summarized in the following table:

| ITEM | AMOUNT |
|---|---|
| Postage | 68.47 |
| Photocopies | 326.50 |
| PACER charges | .70 |
|  |  |
| **TOTAL** | **395.67** |

6

## Declaration

11.     The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

a.     The statements contained in this declaration are based upon my personal knowledge and are true and correct.

b.     I have control over the books and records of Herron Hill relating to the matters set forth in this application, which books and records are kept and maintained by Herron Hill in the ordinary course of its business.

c.     I am the billing and responsible attorney assigned by Herron Hill to represent the Debtor in this case.

d.     My practice has consisted primarily of bankruptcy matters since 1984.

e.     I have been board certified by the American Board of Certification in business bankruptcy law since the inaugural class of 1992.

f.     The matters set forth in the foregoing application and the exhibits are true and correct.

/s/ Peter N. Hill
**Peter N. Hill**
Florida Bar No. 368814
**Herron Hill Law Group, PLLC**
135 W. Central Blvd., Suite 650
Orlando, Florida 32801
Telephone:     (407) 648-0058
Primary e-mail:    peter@herronhilllaw.com
Secondary e-mail: kimberly@herronhilllaw.com
Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.


*/s/ Peter N. Hill*
**Peter N. Hill**

# EXHIBIT A

| Date | Hours | Description | Rate | Amount | User |
|------|-------|-------------|------|--------|------|
| 2/6/2018 | 0.5 | Drafting fee application | $125.00 | $62.50 | KAM |
| 2/7/2018 | 1.5 | Finalizing fee application and exhibits; filing application with the court; drafting notice of hearing and filing notice with the court | $125.00 | $187.50 | KAM |
| 2/5/2018 | 3.0 | Preparing fee application | $475.00 | $1,425.00 | PNH |
| 2/6/2018 | 0.5 | Reviewing and revising fee application; conference with KAM | $475.00 | $237.50 | PNH |
| 2/7/2018 | 1.3 | Reviewing and revising fee application; preparing notice of hearing | $475.00 | $617.50 | PNH |
| 2/5/2018 | 0.1 | Phone call with Calvin Williams | $475.00 | $47.50 | PNH |
| 2/8/2018 | 1.2 | Preparing initial disclosures; preparing emails to counsel for Wide Merchant Investment, Inc. and On Deck Capital, Inc. | $475.00 | $570.00 | PNH |
| 2/12/2018 | 0.2 | Phone call with Steven Fellus (TVT Capital) | $475.00 | $95.00 | PNH |
| 2/12/2018 | 0.2 | Emails from/to client re status of a.p. | $475.00 | $95.00 | PNH |
| 2/12/2018 | 0.4 | Phone call with Eric Horn and Heike Vogel (a/f On Deck Capital); emails from/to client | $475.00 | $190.00 | PNH |
| 2/12/2018 | 0.4 | Emails from/to Jim Silver (a/f Betson); preparing email to Lauren Raines and Phil Martino (a/f TVT Cap Fund) | $475.00 | $190.00 | PNH |
| 2/13/2018 | 0.3 | Preparing for phone call with Lauren Raines; phone call with Raines; preparing email to Eric Horn and Heike Vogel (a/f On Deck Capital) | $475.00 | $142.50 | PNH |
| 2/14/2018 | 1.0 | Preparing initial disclosures; preparing emails to Lauren Raines, Eric Horn and Heike Vogel | $475.00 | $475.00 | PNH |
| 2/15/2018 | 0.3 | Phone call with Stephen Fellus (TVT Capital); emails from/to Jim Silver | $475.00 | $142.50 | PNH |
| 2/15/2018 | 0.8 | Phone call with client; emails from/to Eric Horn; preparing email to Stephen Fellus (TVT Capital) | $475.00 | $380.00 | PNH |
| 2/16/2018 | 0.2 | Emails from/to Eric Horn; emails from/to Lauren Raines | $475.00 | $95.00 | PNH |
| 2/21/2018 | 0.1 | Emails from/to Calvin Park (a/f Wide Merchant Investment, Inc.) | $475.00 | $47.50 | PNH |
| 2/22/2018 | 0.8 | Phone call with Stephen Fellus; preparing Rule 9019 motion (TVT Capital); preparing summary of adversary proceeding settlements; preparing email to client | $475.00 | $380.00 | PNH |

## EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 2/23/2018 | 0.2 | Emails from/to client; preparing email to Stephen Fellus (TVT Capital, LLC) | $475.00 | $95.00 | PNH |
| 2/26/2018 | 0.2 | Reviewing and revising Wide Merchant Rule 9019 motion; emails from/to Calvin Park and KAM | $475.00 | $95.00 | PNH |
| 2/27/2018 | 0.6 | Emails from/to Stephen Fellus (TVT Capital); preparing email to KAM; emails from/to client; reviewing and revising motion for approval of settlement agreement with TVT Capital | $475.00 | $285.00 | PNH |
| 2/26/2018 | 0.6 | Reviewing motions to compromise (On Deck and Wide); filing motions with the court and serving motions | $125.00 | $75.00 | KAM |
| 2/26/2018 | 1.9 | Serving Motions to Approve Compromise of Controversy or Settlement Agreement (Doc. 95-98) | $125.00 | $237.50 | KAM |
| 2/27/2018 | 0.5 | Finalizing motions to approve settlement; filing motions with the court and serving | $125.00 | $62.50 | KAM |
| 2/21/2018 | 0.9 | Preparing motion for approval of settlement with TVT Cap Fund, LLC; email to Lauren Raines | $475.00 | $427.50 | PNH |
| 2/22/2018 | 0.5 | Preparing Rule 9019 motions (On Deck, Wide Merchant Investment) | $475.00 | $237.50 | PNH |
| 2/20/2018 | 0.3 | Assisting PHN draft amendment to the plan | $125.00 | $37.50 | KAM |
| 2/21/2018 | 0.3 | Reviewing and revising confirmation affidavit | $125.00 | $37.50 | KAM |
| 2/21/2018 | 0.6 | Meeting with client to review and sign amendment to the plan and confirmation affidavit; conferring with KDH and filing both pleadings with the court | $125.00 | $75.00 | KAM |
| 2/21/2018 | 0.1 | Revising ballot tabulation | $125.00 | $12.50 | KAM |
| 2/22/2018 | 0.1 | Finalizing ballot tabulation and filing tabulation with the court | $125.00 | $12.50 | KAM |
| 2/21/2018 | 0.2 | Confer with KAM re amendment to plan | $475.00 | $95.00 | KDH |
| 2/1/2018 | 0.4 | Emails from/to client and KAM re voting on plan, other plan matters, and proposed settlement with Wide Merchant Investment | $475.00 | $190.00 | PNH |
| 2/2/2018 | 0.1 | Emails from/to client | $475.00 | $47.50 | PNH |
| 2/6/2018 | 0.4 | Phone call with Jim Silver (a/f Betson); reviewing Betson POC | $475.00 | $190.00 | PNH |
| 2/8/2018 | 0.2 | Reviewing email from Jim Silver; reviewing Betson loan documents | $475.00 | $95.00 | PNH |
| 2/12/2018 | 0.1 | Preparing email to Jim Silver re plan amendment | $475.00 | $47.50 | PNH |
| 2/14/2018 | 0.1 | Reviewing emails from client and Mike Nardella | $475.00 | $47.50 | PNH |

# EXHIBIT A

| 2/15/2018 | 0.1 | Preparing email to Gary Lublin re acceptance of plan by Ford Motor Credit | $475.00 | $47.50 | PNH |
|---|---|---|---|---|---|
| 2/16/2018 | 0.7 | Reviewing email from Audrey Aleskovsky; reviewing ballot file; emails from/to client; reviewing Betson claim # 10 | $475.00 | $332.50 | PNH |
| 2/18/2018 | 1.3 | Preparing amendment to plan | $475.00 | $617.50 | PNH |
| 2/19/2018 | 1.8 | Reviewing and revising plan amendment; preparing ballot tabulation; emails from/to Jim Silver (a/f Betson) | $475.00 | $855.00 | PNH |
| 2/20/2018 | 0.3 | Emails to/from client, Jim Silver, and KAM | $475.00 | $142.50 | PNH |
| 2/21/2018 | 1.3 | Reviewing and revising confirmation affidavit; emails from/to client; reviewing and revising (updating) ballot tabulation | $475.00 | $617.50 | PNH |
| 2/22/2018 | 0.5 | Reviewing ballot file; text messages from/to client; reviewing and revising ballot tabulation | $475.00 | $237.50 | PNH |
| 2/23/2018 | 0.4 | Preparing confirmation order | $475.00 | $190.00 | PNH |
| 2/26/2018 | 1.5 | Reviewing and revising order approving disclosure statement and confirming plan; preparing emails to Lauren Raines and Calvin Park | $475.00 | $712.50 | PNH |
| 2/28/2018 | 2.7 | Preparing for confirmation hearing; conference with client; appearing at hearing | $475.00 | $1,282.50 | PNH |
| 2/21/2018 | 0.2 | Reviewing documents from client and preparing operating report for filing; emailing report to PNH | $125.00 | $25.00 | KAM |

## EXHIBIT B

| Date | Description | Quantiy | Rate | Amount |
|------|-------------|---------|------|--------|
| 02/01/18 | PACER charges | 5 | $0.10 | $0.50 |
| 02/07/18 | Postage | 51 | $0.47 | $23.97 |
| 02/07/18 | Photocopies | 306 | $0.25 | $76.50 |
| 02/26/18 | Photocopies | 1,000 | $0.25 | $250.00 |
| 02/26/18 | Postage | 50 | $0.89 | $44.50 |
| 02/27/18 | PACER charges | 2 | $0.20 | $0.20 |
| | | | | **$395.67** |