B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

In re  Dale M. Williams, Inc
       _____,
                Debtor

Case No.  6: 17-bk-05561-KSJ

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  February 2018

Line of Business:  Arcade games

Date filed:  03/20/2018

NAISC Code:  713100

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_

Original Signature of Responsible Party

Dale M. Williams, President

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | ☐ | ☑ |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $ 38,111.32

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,508.37 |
| Cash on Hand at End of Month | $ | 15,861.35 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 15,861.35 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $ 24,758.34

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 38,111.32 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 24,758.34 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 13,352.98 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 14 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 6 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 49,895.00 | $ 38,111.32 | $ -11,783.68 |
| EXPENSES | $ 34,820.00 | $ 24,758.34 | $ 10,061.66 |
| CASH PROFIT | $ 15,075.00 | $ 13,352.98 | $ -1,722.02 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:           $ 60,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:         $ 43,697.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:      $ 16,303.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 1 of 5  
36/E00/0175/0/31  
2379  
02/28/2018



## Account Statement

DALE M WILLIAMS INC DIP  
CASE # 6:17-BK-05561-KSJ  
DIP OPERATING ACCT  
PO BOX 618145  
ORLANDO FL 32861

Questions? Please call  
1-800-786-8787

It's common for businesses to experience ebbs and flows with available cash.  
That's why it's smart to have a reserve account to help you cover things like seasonal changes,  
spikes in accounts receivable, unexpected expenses or growth opportunities.  
A SunTrust business money market account can help you manage the expected and unexpected.  
To learn more or open an account stop by your nearest branch or visit www.suntrust.com/bmma

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 2379 | 02/01/2018 - 02/28/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,508.37 | Average Balance | $5,829.98 |
| Deposits/Credits | $38,111.32 | Average Collected Balance | $5,324.20 |
| Checks | $6,757.56 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $18,000.78 | | |
| Ending Balance | $15,861.35 | | |

### Overdraft Protection

Account Number: 1000199172379  
Protected By: Not enrolled

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 02/01 | 1,020.72 | | DEPOSIT | 02/20 | 414.70 | | DEPOSIT |
| 02/07 | 1,686.75 | | DEPOSIT | 02/20 | 2,249.65 | | DEPOSIT |
| 02/07 | 420.00 | | DEPOSIT | 02/21 | 1,444.12 | | DEPOSIT |
| 02/07 | 1,696.59 | | DEPOSIT | 02/26 | 3,657.35 | | DEPOSIT |
| 02/12 | 2,642.50 | | DEPOSIT | 02/27 | 1,532.34 | | DEPOSIT |
| 02/20 | 19.66 | | DEPOSIT | 02/28 | 1,402.40 | | DEPOSIT |
| 02/01 | 75.00 | | ELECTRONIC/ACH CREDIT  SUNTRUST MERCHNT 1201125996 221201125996 | | | | |
| 02/02 | 492.75 | | ELECTRONIC/ACH CREDIT  LE - USA TECHNOL 020118EFT 1590006 | | | | |
| 02/02 | 28.86 | | ELECTRONIC/ACH CREDIT  HRTLAND PMT SYS TXNS/FEES 650000008407416 | | | | |
| 02/02 | 130.00 | | ELECTRONIC/ACH CREDIT  SUNTRUST MERCHNT 1201125996 221201125996 | | | | |
| 02/05 | 47.92 | | ELECTRONIC/ACH CREDIT  HRTLAND PMT SYS TXNS/FEES 650000008407416 | | | | |
| 02/05 | 139.66 | | ELECTRONIC/ACH CREDIT  HRTLAND PMT SYS TXNS/FEES 650000008407416 | | | | |
| 02/05 | 405.00 | | ELECTRONIC/ACH CREDIT  SUNTRUST MERCHNT 1201125996 221201125996 | | | | |
| 02/05 | 515.00 | | ELECTRONIC/ACH CREDIT  SUNTRUST MERCHNT 1201125996 221201125996 | | | | |
| 02/05 | 880.00 | | ELECTRONIC/ACH CREDIT  SUNTRUST MERCHNT 1201125996 221201125996 | | | | |
| 02/06 | 52.46 | | ELECTRONIC/ACH CREDIT  HRTLAND PMT SYS TXNS/FEES 650000008407416 | | | | |
| 02/06 | 75.00 | | ELECTRONIC/ACH CREDIT  SUNTRUST MERCHNT 1201125996 221201125996 | | | | |
| 02/07 | 68.44 | | ELECTRONIC/ACH CREDIT  HRTLAND PMT SYS TXNS/FEES 650000008407416 | | | | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
36/E00/0175/0/31
2379
02/28/2018

# SunTrust

## Account Statement

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/07 | 105.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/08 | 29.51 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/08 | 125.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/09 | 731.94 | | ELECTRONIC/ACH CREDIT LE - USA TECHNOL 020817EFT 1599895 |
| | 02/09 | 155.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/12 | 38.19 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/12 | 71.55 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/12 | 360.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/12 | 550.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/12 | 730.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/13 | 115.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/14 | 85.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/15 | 290.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/16 | 357.06 | | ELECTRONIC/ACH CREDIT LE - USA TECHNOL 021518EFTA 1610156 |
| | 02/16 | 19.11 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/16 | 95.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/20 | 9.43 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/20 | 27.34 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/20 | 83.31 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/20 | 138.50 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/20 | 485.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/20 | 520.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/20 | 950.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/20 | 390.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/20 | 1,360.77 | | ATM DEPOSIT |
| | 02/21 | 19.59 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/21 | 175.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/21 | 2,275.74 | | ATM DEPOSIT |
| | 02/22 | 9.75 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/22 | 160.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/23 | 831.88 | | ELECTRONIC/ACH CREDIT LE - USA TECHNOL 022218EFT 1620589 |
| | 02/23 | 280.00 | | ELECTRONIC/ACH CREDIT SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/26 | 37.95 | | ELECTRONIC/ACH CREDIT HRTLAND PMT SYS TXNS/FEES 650000008407416 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
36/E00/0175/0/31
2379
02/28/2018

# SunTrust

## Account Statement

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/26 | 51.13 | | ELECTRONIC/ACH CREDIT<br>HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/26 | 85.80 | | ELECTRONIC/ACH CREDIT<br>HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/26 | 500.00 | | ELECTRONIC/ACH CREDIT<br>SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/26 | 525.00 | | ELECTRONIC/ACH CREDIT<br>SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/26 | 1,220.00 | | ELECTRONIC/ACH CREDIT<br>SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/27 | 133.58 | | ELECTRONIC/ACH CREDIT<br>HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/27 | 250.00 | | ELECTRONIC/ACH CREDIT<br>SUNTRUST MERCHNT 1201125996 221201125996 |
| | 02/27 | 2,532.32 | | ATM DEPOSIT |
| | 02/28 | 105.00 | | ELECTRONIC/ACH CREDIT<br>SUNTRUST MERCHNT 1201125996 221201125996 |

Deposits/Credits: 66          Total Items Deposited: 7

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 169 | 400.00 | 02/14 | *179 | 3,659.98 | 02/21 | *188 | 975.00 | 02/22 |
| | 170 | 400.00 | 02/14 | *184 | 697.58 | 02/09 | *191 | 225.00 | 02/26 |
| | *172 | 400.00 | 02/14 | | | | | | |

Checks: 7

\* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/01 | .17 | | ELECTRONIC/ACH DEBIT<br>HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/01 | 8.67 | | ELECTRONIC/ACH DEBIT<br>HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/01 | 57.56 | | ELECTRONIC/ACH DEBIT<br>SUNTRUST MERCHNTFEE 221201125996 |
| | 02/01 | 93.99 | | ELECTRONIC/ACH DEBIT<br>SUNTRUST MERCHNTINTERCHNG 221201125996 |
| | 02/01 | 573.29 | | ELECTRONIC/ACH DEBIT<br>SUNTRUST MERCHNT1201125996 221201125996 |
| | 02/02 | 28.43 | | CHECK CARD PURCHASE  TR DATE 01/31<br>E COLONIAL ALE HOUSE   ORLANDO     FL |
| | 02/05 | 395.00 | | RECURRING CHECK CARD PURCHASE  TR DATE 02/01<br>EMBED CARD SYSTEMS469-521-8000 TX |
| | 02/05 | 31.90 | | RECURRING CHECK CARD PURCHASE  TR DATE 02/01<br>SELECT SECURITY  LANCASTER    PA |
| | 02/05 | 251.85 | | CHECK CARD PURCHASE  TR DATE 02/02<br>S&B CANDY & TOY COMPAN   314-5887103  MO |
| | 02/05 | 95.12 | | RECURRING CHECK CARD PURCHASE  TR DATE 02/05<br>VZWRLSS*BILL PAY VE  800-922-0204 FL |
| | 02/05 | 48.26 | | CHECK CARD PURCHASE  TR DATE 02/04<br>UPS*000042Y2V2  800-811-1648 GA |
| | 02/05 | 234.65 | | ELECTRONIC/ACH DEBIT<br>AUTO-OWNERS INS. PREMOB010568929 |
| | 02/05 | .68 | | ELECTRONIC/ACH DEBIT<br>HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/07 | 29.29 | | POINT OF SALE DEBIT  TR DATE 02/06<br>WAWA STORE 5161  ORLANDO     FL 26892201 |
| | 02/07 | 4,920.09 | | OVER-THE-COUNTER WITHDRAWAL |
| | 02/08 | 80.55 | | CHECK CARD PURCHASE  TR DATE 02/07<br>SUZOHAPP 08475936161  IL |
| | 02/08 | 7.47 | | POINT OF SALE DEBIT  TR DATE 02/08<br>CIRCLE K 2708961 ORLANDO     FL 14801901 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
36/E00/0175/0/31
2379
02/28/2018

# SunTrust

## Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/08 | 13.30 | | POINT OF SALE DEBIT  TR DATE 02/08  PUBLIX SUPER M ORLANDO    FL P0276102 |
| | 02/09 | 42.87 | | POINT OF SALE DEBIT  TR DATE 02/09  LOWE'S #642  ORLANDO    FL 001 |
| | 02/09 | 778.61 | | POINT OF SALE DEBIT  TR DATE 02/09  BEST BUY #443  OCOEE    FL 06577164 |
| | 02/12 | 74.05 | | CHECK CARD PURCHASE  TR DATE 02/06  INOVATIVE CONCEPTS  716-759-0370 NY |
| | 02/12 | 78.39 | | CHECK CARD PURCHASE  TR DATE 02/08  U-HAUL KIRKMAN ROAD ORLANDO    FL |
| | 02/12 | 23.69 | | CHECK CARD PURCHASE  TR DATE 02/08  U-HAUL KIRKMAN ROAD ORLANDO    FL |
| | 02/12 | 10.92 | | RECURRING CHECK CARD PURCHASE  TR DATE 02/10  PRIMEPAGE PAGERS  8003870654  NY |
| | 02/12 | 12.31 | | POINT OF SALE DEBIT  TR DATE 02/10  LOWE'S #642  ORLANDO    FL 001 |
| | 02/12 | 24.47 | | POINT OF SALE DEBIT  TR DATE 02/10  WM SUPERCENTER ORLANDO    FL 12200023 |
| | 02/12 | 32.78 | | POINT OF SALE DEBIT  TR DATE 02/10  LOWE'S #2651 WINTER GARDENFL  001 |
| | 02/12 | 16.94 | | CHECK CARD PURCHASE  TR DATE 02/11  UPS*000042Y2V2  800-811-1648 GA |
| | 02/12 | 237.50 | | ELECTRONIC/ACH DEBIT  PAYCHEX EIBINVOICE X74872700044111 |
| | 02/12 | .34 | | ELECTRONIC/ACH DEBIT  HRTLAND PMT SYS TXNS/FEES  650000008407416 |
| | 02/13 | 99.98 | | CHECK CARD PURCHASE  TR DATE 02/13  BRIGHT HOUSE NETWORKS  317-972-9700 FL |
| | 02/14 | 82.80 | | CHECK CARD PURCHASE  TR DATE 02/13  SUZOHAPP 08475936161  IL |
| | 02/14 | 251.85 | | CHECK CARD PURCHASE  TR DATE 02/12  S&B CANDY & TOY COMPAN  314-5887103 MO |
| | 02/14 | 9.99 | | CHECK CARD PURCHASE  TR DATE 02/13  J2 SUGARSYNC  888-784-7822 CA |
| | 02/14 | 26.99 | | CHECK CARD PURCHASE  TR DATE 02/13  SPEEDWAY 06416  ORLANDO    FL |
| | 02/14 | 311.42 | | CHECK CARD PURCHASE  TR DATE 02/13  HMS MONACO  201-533-0007 NJ |
| | 02/14 | 84.73 | | ELECTRONIC/ACH DEBIT  Orlando Util - A PAYMENT 7439000001 |
| | 02/15 | 40.00 | | CHECK CARD PURCHASE  TR DATE 02/14  CFX - E-PASS A/R 08003537277  FL |
| | 02/15 | 31.98 | | CHECK CARD PURCHASE  TR DATE 02/14  LBU LIGHTING  04073522922  FL |
| | 02/20 | 26.06 | | POINT OF SALE DEBIT  TR DATE 02/19  7-ELEVEN  ORLANDO    FL 00MSQ601 |
| | 02/21 | 12.50 | | ACCOUNT ANALYSIS FEE |
| | 02/21 | 62.70 | | CHECK CARD PURCHASE  TR DATE 02/19  CRAFTED BLOCK AND BREW  ORLANDO    FL |
| | 02/21 | 82.43 | | CHECK CARD PURCHASE  TR DATE 02/20  PLAY MECHANIX INC. GLEN ELLYN  IL |
| | 02/21 | 5,018.68 | | ONLINE BANKING TRANSFER TO 0175 1000199172387 |
| | 02/21 | 1,667.11 | | ELECTRONIC/ACH DEBIT  FLA DEPT REVENUE  C0147136334 |
| | 02/21 | 50.00 | | ELECTRONIC/ACH DEBIT  SUNTRUST MERCHNTCHARGEBACK 221201125996 |
| | 02/22 | 583.94 | | CHECK CARD PURCHASE  TR DATE 02/21  REDEMPTION PLUS LENEXA    KS |
| | 02/22 | 33.39 | | CHECK CARD PURCHASE  TR DATE 02/21  CHEVRON 0201079  ORLANDO    FL |
| | 02/22 | 40.00 | | ELECTRONIC/ACH DEBIT  NPC Vantiv INV655573 |

549133                              Member FDIC                              Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
36/E00/0175/0/31
2379
02/28/2018

# SunTrust

## Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/23 | 542.74 | | CHECK CARD PURCHASE  TR DATE 02/21 RHODE ISLAND NOVELTY 08005285599  MA |
| | 02/23 | .34 | | *ELECTRONIC/ACH DEBIT* HRTLAND PMT SYS TXNS/FEES 650000008407416 |
| | 02/26 | 15.90 | | RECURRING CHECK CARD PURCHASE  TR DATE 02/23 J2 *METROFAX 888-929-4141  CA |
| | 02/26 | 52.55 | | CHECK CARD PURCHASE  TR DATE 02/25 UPS*000042Y2V2  800-811-1648  GA |
| | 02/26 | 24.70 | | POINT OF SALE DEBIT  TR DATE 02/26 USPS PO 1 9907 GOTHA      FL  05032499 |
| | 02/27 | 140.14 | | CHECK CARD PURCHASE  TR DATE 02/26 BAY TEK GAMES  09208223951  WI |
| | 02/28 | 251.85 | | CHECK CARD PURCHASE  TR DATE 02/26 S&B CANDY & TOY COMPAN  314-5887103  MO |
| | 02/28 | 251.85 | | CHECK CARD PURCHASE  TR DATE 02/26 S&B CANDY & TOY COMPAN  314-5887103  MO |
| | 02/28 | 1.02 | | *ELECTRONIC/ACH DEBIT* HRTLAND PMT SYS TXNS/FEES 650000008407416 |

Withdrawals/Debits:  58

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 02/01 | 2,870.41 | 2,870.41 | 02/15 | 5,230.75 | 5,230.75 |
| | 02/02 | 3,493.59 | 3,493.59 | 02/16 | 5,701.92 | 5,701.92 |
| | 02/05 | 4,423.71 | 4,423.71 | 02/20 | 12,324.22 | 10,964.22 |
| | 02/06 | 4,551.17 | 4,551.17 | 02/21 | 5,685.27 | 3,410.27 |
| | 02/07 | 3,578.57 | 1,882.57 | 02/22 | 4,222.69 | 4,222.69 |
| | 02/08 | 3,631.76 | 3,631.76 | 02/23 | 4,791.49 | 4,791.49 |
| | 02/09 | 2,999.64 | 2,999.64 | 02/26 | 10,550.57 | 6,893.57 |
| | 02/12 | 6,880.49 | 4,238.49 | 02/27 | 14,858.67 | 12,326.67 |
| | 02/13 | 6,895.51 | 6,895.51 | 02/28 | 15,861.35 | 15,861.35 |
| | 02/14 | 5,012.73 | 5,012.73 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 1 of 1  
66/E00/0175/0/31  
2387  
02/28/2018

## Account Statement



DALE M WILLIAMS INC DIP  
CASE # 6:17-BK-05561-KSJ  
DIP PAYROLL ACCOUNT  
PO BOX 618145  
ORLANDO FL 32861-8145

Questions? Please call  
1-800-786-8787

It's common for businesses to experience ebbs and flows with available cash.
That's why it's smart to have a reserve account to help you cover things like seasonal changes,
spikes in accounts receivable, unexpected expenses or growth opportunities.
A SunTrust business money market account can help you manage the expected and unexpected.
To learn more or open an account stop by your nearest branch or visit www.suntrust.com/bmma

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 2387 | 02/01/2018 - 02/28/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $275.97 | Average Balance | $275.43 |
| Deposits/Credits | $9,938.77 | Average Collected Balance | $275.43 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $9,953.77 | | |
| Ending Balance | $260.97 | | |

### Overdraft Protection

Account Number  
1000199172387

Protected By  
Not enrolled

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 02/07 | 4,920.09 | | DEPOSIT |
| 02/21 | 5,018.68 | | ONLINE BANKING TRANSFER FROM 0175 1000199172379 |

Deposits/Credits: 2    Total Items Deposited: 0

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/07 | 4,920.09 | | ACH PREFUNDING SETTLEMENT  DALE M WILLIAMS  ACH PRFUND  -SETT-A.SURPYRL |
| 02/21 | 5,018.68 | | ACH PREFUNDING SETTLEMENT  DALE M WILLIAMS  ACH PRFUND  -SETT-A.SURPYRL |
| 02/28 | 15.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 3

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 275.97 | 275.97 | 02/21 | 275.97 | 275.97 |
| 02/07 | 275.97 | 275.97 | 02/28 | 260.97 | 260.97 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

9:06 AM
03/20/18
Cash Basis

# Dale M. Williams, Inc. DIP
# Profit & Loss
## February 2018

|  | Feb 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 3700 · DMW Arcade Games Revenue | 38,111.32 |
| **Total Income** | 38,111.32 |
| **Cost of Goods Sold** | |
| 5000 · COGS - Prizes | 3,127.07 |
| **Total COGS** | 3,127.07 |
| **Gross Profit** | 34,984.25 |
| **Expense** | |
| 6001 · Contract Service (MB) | 1,200.00 |
| 6010 · Sales Tax | 1,667.11 |
| 6025 · Credit Card Fee | 786.06 |
| 6030 · Insurance Expense | 234.65 |
| 6040 · Office Supplies | 37.77 |
| 6041 · Bank Service Charges | 12.50 |
| 6045 · Rent Expense | 697.58 |
| 6043 · Payroll Fees | 237.50 |
| 6050 · Payroll | 9,470.16 |
| 6051 · Payroll Taxes | 468.61 |
| 6060 · Office Expenses | 373.24 |
| 6070 · Automobile Expense | 163.20 |
| 6075 · Lessee Rev Share | 3,659.98 |
| 6080 · Travel Expense | 193.21 |
| 6085 · Professional Fees | 975.00 |
| 6086 · Freight | 295.86 |
| 6090 · Parts & Repair | 723.84 |
| 6095 · Software License & Suppo | 435.00 |
| **Total Expense** | 21,631.27 |
| **Net Ordinary Income** | 13,352.98 |
| **Net Income** | **13,352.98** |